# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2017

Stephen J. Markman
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155609(25)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK COLIN JENNINGS, II,
      Defendant-Appellant.

_____/

SC: 155609
COA: 335203
Saginaw CC: 08-031116-FC

      On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation of the application for leave to appeal is GRANTED. The application submitted on April 10, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2017



Clerk